IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-00203-01-CR-W-DW |
| | ) | |
| TRUMAN EUGENE EDMUNDS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Report and Recommendation (Doc. 32) submitted by Magistrate Judge Robert E. Larsen addressing Defendant's Motion to Dismiss Indictment (Doc. 26). Defendant has filed Objections (Doc. 36) to the Report and Recommendation. After an independent review of the record, the parties' Factual Stipulation (Doc. 31), Defendant's objections, and the applicable law, the Court adopts the Magistrate's findings of fact and conclusions of law and accepts the recommendation.

Accordingly, it is ORDERED that:

1. Defendant's Motion to Dismiss Indictment (Doc. 26) is DENIED; and

2. The Magistrate Judge's Report and Recommendation (Doc. 32) shall be attached to and made a part of this Order.

SO ORDERED.

Date: July 8, 2016 _____/s/ Dean Whipple_____
Dean Whipple
United States District Judge